# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY PANELLI & MICHELLE MOLNAR, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FIRST AMERICAN TITLE )<br>INSURANCE COMPANY dba )<br>FIRST AMERICAN TITLE, et al., )<br>)<br>Defendants. )<br>_____) | 3:08-CV-295-RAM<br><br>**MINUTES OF THE COURT**<br><br>March 30, 2010 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion *in Limine* to Exclude Irrelevant Testimony and Documents Re: Gina Breslow (Doc. #31). Plaintiffs have opposed the Motion (Doc. #34) and Defendant has replied (Doc. #37).

Defendant's Motion *in Limine* to Exclude Irrelevant Testimony and Documents Re: Gina Breslow (Doc. #31) is **DENIED** without prejudice to being renewed thirty (30) days prior to trial.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:        /s/
              Deputy Clerk