```
1  PAT LUNDVALL (NSBN 3761)
   RYAN BELLOWS (NSBN 9508)
2  McDONALD CARANO WILSON LLP
   100 West Liberty Street, 10th Floor
3  P.O. Box 2670
   Reno, Nevada 89505
4  Telephone: (775) 788-2000
   lundvall@mcdonaldcarano.com
5  rbellows@mcdonaldcarano.com

6  Attorneys for Defendant First American
   Title Insurance Company
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| PEGGY PANELLI & MICHELLE MOLNAR,<br><br>Plaintiff,<br><br>vs.<br><br>THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE COMPANY OF NEVADA, FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY, dba FIRST AMERICAN TITLE, and DOES I-X,<br><br>Defendants. | Case No. 3:08-cv-0295-RAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHELLE MOLNAR'S CLAIMS** |

IT IS HEREBY STIPULATED by and among Plaintiff MICHELLE MOLNAR ("Molnar") and Defendant FIRST AMERICAN TITLE INSURANCE COMPANY that Molnar's claims in the above-referenced action be dismissed with prejudice and with each party bearing their own costs and attorneys' fees.

//

//

//

The Court may retain jurisdiction to enforce the parties' Compromise Settlement and General Release Agreement.

IT IS SO STIPULATED.

Dated: May 17, 2010.                                          Dated: May 17, 2010.

                                          MCDONALD·CARANO·WILSON LLP

By:/s/Mark Mausert                      By: /s/ Ryan Bellows
   Mark Mausert                                Pat Lundvall
   930 Evans Avenue                    Ryan Bellows
   Reno, NV 89512                      MCDONALD·CARANO·WILSON, LLP
                                                  100 W. Liberty Street, 10th Floor
Attorney for Plaintiff                     Reno, Nevada  89505

                                              Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED: _____, 2010.


_____
UNITED STATES MAGISTRATE JUDGE